UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| ) | |
| ) | |
| v. ) | CR420-095 |
| ) | |
| RODNEY BRYANT, ) | |
| ) | |
| Defendant. ) | |

**ORDER FOR MENTAL HEALTH EVALUATION**

Defendant Rodney Bryant moves for a psychological examination pursuant to 18 U.S.C. § 4242 on the ground that there is reasonable cause to suspect defendant's mental competency and his ability to understand the proceedings against him or to properly assist in the defense of the pending charges. Doc. 39. The Government has asserted no opposition to the motion. *See* S.D. Ga. L. Civ. R. 7.5 ("Failure to respond within the applicable time period shall indicate that there is no opposition to a motion."); *see also* S.D. Ga. L. Crim. R. 1.1 (applying the Local Civil Rules to criminal cases, to the extent that "matters of procedure and administration [are] not addressed by" the Local Criminal Rules). Based

1

on Defendant's showing, the Court is satisfied that there is reasonable cause to suspect the mental competency of the defendant. 18 U.S.C. § 4241(a). His motion is, therefore **GRANTED**. Doc. 39.

**IT IS ORDERED** that the defendant be examined and observed in accordance with 18 U.S.C. § 4241(b) and 18 U.S.C. § 4242(a) and that a report be filed pursuant to 18 U.S.C. § 4247(b) and (c).

**IT IS FURTHER ORDERED** that the defendant be placed immediately in a suitable facility, to be designated by the Bureau of Prisons, for an examination to determine the mental competency of the defendant and whether he was responsible for his conduct at the time of the offense.

**IT IS FURTHER ORDERED** that the director and/or the treatment staff of the designated facility shall make a written report of their findings as soon as practicable to the Honorable Christopher L. Ray, United States Magistrate Judge, United States District Court, Southern District of Georgia, Post Office Box 9563, Savannah, Georgia 31412, to Assistant United States Attorney Jennifer Kirkland, United States Attorney's Office, 22 Barnard Street, Suite 300, Savannah, Georgia 31412,

and defense counsel Stan Keith Fitzgerald, 3609 Abercorn Street, Savannah, Georgia 31405. The designated facility shall state its opinion as to the following questions:

1. Whether the defendant is presently suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense. 18 U.S.C. § 4241(a).

2. Whether the defendant was insane at the time of the offense charged. 18 U.S.C. § 4242(a); 18 U.S.C. § 17.

**IT IS FURTHER ORDERED** that the examiner's report shall include the pertinent information required by 18 U.S.C. § 4247(c).

**SO ORDERED** this 10th day of February, 2021.

*/s/ Christopher L. Ray*
**UNITED STATES MAGISTRATE JUDGE**
**SOUTHERN DISTRICT OF GEORGIA**