# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | CR420-095 |
| | ) | |
| RODNEY BRYANT, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

The Court has received correspondence from the director of the facility conducting the mental health examination of defendant. Doc. 22 (Order); Ex. A (letter). The applicable statute expressly contemplates that "[t]he director of the facility [charged with conducting the examination] may apply for a reasonable extension [of the presumptive deadlines imposed for submitting a report], . . . upon a showing of good cause that the additional time is necessary to observe and evaluate the defendant."[1] 18 U.S.C. § 4247(b). Accordingly, the extension request is **GRANTED**. The evaluation should conclude no later than June 7, 2021 and the report should be submitted within fourteen days of the conclusion of the

---

[1] Generally, non-parties are not permitted to submit motions, and, even where they are, they are not permitted to do so through correspondence addressed to a judge.

evaluation. The Clerk of Court is **DIRECTED** to provide a copy of this Order to the facility, as requested, by fax to T. Slade-Hill, Psychology Technician, at (919) 575-2015, and Antonia Loyd, Supervisory Inmate Systems Specialist, at (919) 575-2003.

    **SO ORDERED,** this <u>10th</u> day of March, 2021.

                                                    /s/ Christopher L. Ray
                                                    CHRISTOPHER L. RAY
                                                    UNITED STATES MAGISTRATE JUDGE
                                                    SOUTHERN DISTRICT OF GEORGIA

EXHIBIT A



U.S. Department of Justice
Federal Bureau of Prisons
*Federal Correctional Complex*
*Federal Correctional Institution*
*P. O. Box 1000*
*Butner, North Carolina 27509*

March 5, 2021

The Honorable Judge Christopher L. Ray
United States Magistrate Judge
125 Bull Street
Savannah, GA 31401

RE:  BRYANT, Rodney
     REGISTER NUMBER: 13980-509
     DOCKET NUMBER: CR420-095

Dear Judge Ray:

The above-referenced individual was admitted to the Federal Correctional Institution, Butner, North Carolina, February 26, 2021, pursuant to the provisions of Title 18, United States Code, Section 4241 (a) (b), 4242 (a), and 4247 (b) (c). Per CDC and Bureau of Prisons guidance intended to mitigate the spread of COVID-19, Mr. Bryant was immediately placed on quarantine status upon arrival to the institution.

The quarantine and associated testing will last approximately 28 days. While he will have access to routine and emergency mental health care during quarantine, it will not be possible to conduct necessary interviews or psychological testing until he is released from quarantine. It is anticipated Mr. Bryant will be discharged from quarantine status on or about March 25, 2021. Accordingly, we respectfully request the evaluation period start on the date of his release from quarantine and be extended for 30 days.

If this request is granted, the evaluation period will end on June 7, 2021. Staff will complete the evaluation as soon as possible after that date and notify the U.S. Marshals Service and the Clerk of Court when the evaluation is completed. If you concur, please complete the bottom section of this request and return by fax machine to T. Slade-Hill, Psychology Technician, at (919) 575-2015, and to Antonia Loyd, Supervisory Inmate Systems Specialist, at (919) 575-2003.

Thank you in advance for your assistance in this matter. If you need additional information, please contact me at (919) 575-4541.

Respectfully,

R. Ramos
Warden

[ ]  The above requested extension of time is hereby granted

[ ]  The above requested extension of time is not hereby granted

Signature: _____     DATE: _____
United States Magistrate Judge Christopher L. Ray