IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 4:20-CR-095-001 |
| | ) | |
| RODNEY BRYANT, | ) | |
| | ) | |
| Defendant, | ) | |
| | ) | |
| | ) | |
| ALDRIDGE PITE, LLP, | ) | |
| | ) | |
| Garnishee. | ) | |

### ORDER FOR ISSUANCE OF WRIT OF GARNISHMENT

Before the Court is the United States' Application for Issuance of Writ of Garnishment to Garnishee, Aldridge Pite, LLP, for substantial non-exempt property belonging to or due to the Defendant-Judgment Debtor, Rodney Bryant. Upon consideration, the Court finds that the application meets the requirements of 18 U.S.C. § 3613 and 28 U.S.C. § 3205, and hereby GRANTS the application.

THIS COURT ORDERS the issuance of the accompanying Writ of Garnishment to the Garnishee.

THIS COURT FURTHER ORDERS that the Clerk of Court shall issue a Clerk's Notice of Garnishment, which shall be prepared by counsel for the United States, in accordance with 28 U.S.C. § 3202(b).

THIS COURT FURTHER ORDERS that, pursuant to 28 U.S.C. § 3205(c)(3), the United States shall serve the Garnishee with a copy of the Application, Writ of Garnishment, Clerk's Notice of Garnishment, this Order and a proposed Answer form with instructions for compliance. After the Garnishee has been served, the United States shall serve the

Defendant-Judgment Debtor with a copy of the Application, Writ of Garnishment, Clerk's Notice of Garnishment, this Order and instructions for compliance.

THIS COURT FURTHER ORDERS that Counsel for the United States shall certify that each person whom the United States has reasonable cause to believe has an interest in the property subject to the Writ of Garnishment has been served at least 20 (twenty) days before filing a motion for a disposition order under 28 U.S.C. § 3205(c)(7).

IT IS SO ORDERED this 30 day of March, 2023.

_____
LISA GODBEY WOOD
UNITED STATES DISTRICT COURT JUDGE
SOUTHERN DISTRICT OF GEORGIA